UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AIMCO MICHIGAN MEADOWS<br>HOLDINGS, LLC,<br>    Plaintiff, | )<br>)<br>)<br>) | |
| vs. | ) | 1:05-cv-088-LJM-WTL |
| | ) | |
| GENUINE PARTS COMPANY,<br>    Defendant. | )<br>) | |

### ORDER ON DEFENDANT'S MOTION TO CERTIFY RULING
### FOR INTERLOCUTORY APPEAL

This cause is now before the Court on defendant's, Genuine Parts Company ("Genuine Parts"), Motion to Certify Ruling for Interlocutory Appeal. On March 20, 2006, the Court denied Genuine Parts' Motion to Dismiss plaintiff's, AIMCO Michigan Meadows Holdings, LLC ("AIMCO"), complaint based on lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) ("Rule 12(b)(1)"). Genuine Parts contends that the issues it raised in its Motion to Dismiss are issues of law that lend themselves to interlocutory determination because they are controlling. AIMCO opposes the motion.

For the reason stated herein, the Court **DENIES** Genuine Parts' Motion to Certify Ruling for Interlocutory Appeal.

### I. BACKGROUND

AIMCO has brought this direct recovery action against Genuine Parts pursuant to CERCLA §9607(a)(4)(B). Genuine Parts moved to dismiss this case, alleging that AIMCO is not an innocent

party under the law and, therefore, this Court has no subject matter jurisdiction to entertain AIMCO's complaint.

On March 30, 2006, the Court denied Genuine Parts' motion to dismiss because the question of whether or not AIMCO is an innocent party cannot be determined as a matter of law from the face of the complaint.

On April 28, 2006, Genuine Parts filed the instant motion seeking an order to certify two questions for interlocutory appeal that Genuine Parts contends were raised by the Court's denial of its motion to dismiss. The questions Genuine Parts seeks to certify are:

> (1) whether AIMCO Michigan Meadows Holdings, LLC ("AIMCO") is a potentially responsible party ("PRP"), and not an innocent party, regardless of and apart from any contractual relationships, because AIMCO's shopping center, Michigan Plaza, has been and is polluting the groundwater at AIMCO's Michigan Meadows Apartments (the "Apartments"); and (2) whether AIMCO is a PRP, and not an innocent party, because AIMCO is in a contractual relationship with Accent Cleaners, a source of the Apartments' contamination.

Def.'s Br. at 1.

## II. DISCUSSION

In order for a district court to certify an interlocutory appeal pursuant to 28 U.S.C. § 1292(b), "there must be a question of law, it must be controlling, it must be contestable, and its resolution must promise to speed up the litigation." *Ahrenholz v. Bd. of Trustees of the Univ. of Ill.*, 219 F.3d 674, 675-76 (7th Cir. 2000) (stating that "[u]nless all these criteria are satisfied, the district court may not and should not certify" the appeal pursuant to § 1292(b)). As used in § 1292(b), a "question of law" refers to a question of the meaning of a statutory or constitutional provision or regulation. *Id.* at 676. Here, the Court cannot agree with Genuine Parts that resolution of the parties' dispute

turns on the meaning of a statutory or constitutional provision or regulation. This dispute turns on the application of the regulatory statutes to the facts of this case. That some of these issues may be decided as a matter of law on a full record does not make them a "question of law" as that term is used in § 1292(b).

For this reason, the instant motion must be **DENIED**.

### III.  CONCLUSION

Defendant's, Genuine Parts Company, Motion to Certify Ruling for Interlocutory Appeal, is **DENIED**.

IT IS SO ORDERED this 9th day of June, 2006.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronically distributed to:

Carrie Wagner Bootcheck
BOSE MCKINNEY & EVANS, LLP
cbootcheck@boselaw.com

Robert Ballard Clemens
BOSE MCKINNEY & EVANS, LLP
rclemens@boselaw.com

Daniel P. McInerny
BOSE MCKINNEY & EVANS, LLP
dmcinerny@boselaw.com

Richard S. VanRheenen
BOSE MCKINNEY & EVANS, LLP
rvanrheenen@boselaw.com

Lewis Daniel Beckwith
BAKER & DANIELS
lew.beckwith@bakerd.com

James W. Clark
BAKER & DANIELS
jwclark@bakerd.com

Madonna Frances McGrath
BAKER & DANIELS
madonna.mcgrath@bakerd.com